# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TAEZHON TYREIK KELLY,<br> a/k/a "Young Tyckoon,"<br> a/k/a "Y.T."<br>ANTHONY DEVION BAGSBY,<br> a/k/a "Astro,"<br> a/k/a "Thing 1,"<br>COCOA DALONTA TAPLIN,<br> a/k/a "Menace,"<br> a/k/a "Thing 2,"<br>DELANE WILLIAM ROY,<br> a/k/a "Scrawny,"<br><br>　　Defendants. | 3:24-cr-00081-IM<br><br>INDICTMENT<br><br>18 U.S.C. § 1959(a)(1) and 18 U.S.C. § 2<br>18 U.S.C. § 924(c)(1)(A)(iii) and 18 U.S.C. § 2<br>18 U.S.C. § 924(j) and 18 U.S.C. § 2<br><br>Forfeiture Allegation<br><br><u>UNDER SEAL</u> |

### THE GRAND JURY CHARGES:

<u>The Enterprise</u>

1.　　At all times relevant to this Indictment, the Hoover Criminal Gang (the Hoovers), was a criminal street gang whose members engaged in acts of violence involving acts of murder, assault, robbery, and sex trafficking, as well as engaged in narcotics trafficking, and which operated in Oregon, California, Washington, and elsewhere.

2.  The Hoovers originated in Los Angeles, California, in the late 1960s and were comprised of nine participating organizations, commonly referred to as "sets." The Hoovers originally formed as a Crip set, known as the Hoover Crips, but the Hoovers broke away and took on its current identity as the "Hoover Criminal Gang" in the late 1990s, and ultimately changed its affiliation to a rival of the Crips.

3.  The Hoovers established a presence in the Portland, Oregon area in the early 1980s and were mainly comprised of two sets, the Hoover 107 and the 74 Hoover. In Oregon, Hoover 107 and 74 Hoover often refer to themselves as the "1074 Hoover" to show their common identity as the Hoovers.

4.  In Portland, Oregon, the Hoovers maintained several long-standing alliances with other street gangs. This included a partnership with an original Blood set in Portland, the Unthank Park Hustlers. This partnership was memorialized by multiple members referring to both gangs together as "Hoovthank." A second partnership of the Portland Hoovers was with the Inglewood Family Bloods. The Hoovers' relationship with both of these Blood sets also was comprised of multi-generational families whose members belonged to the Hoovers and the Blood sets. A more recent partnership occurred between the Hoovers and the Young Come Up's (YCU). YCU gang members are primarily of Somalian decent and joined up with the Hoovers due to their willingness to commit violence. Members of the Unthank Park Hustlers, the Inglewood Family Bloods and the YCU's routinely conducted criminal activities in association with and in support of, members of the Hoover Criminal Gang.

5.  The Hoovers developed rivalries with the local Crip sets, including the Portland original Kerby Blocc Crips, Columbia Villa Crips, and Mafia Style Crips. The Hoovers also maintained rivalries with several Los Angeles based Crip sets including the Rollin' 60's, Six-

Deuce East Coast Crips, and the Imperial Village Crips. And while the Hoovers were partnered with some Blood sets, they also considered some Portland original Blood sets as enemies, including the Woodlawn Park Bloods and the Loc'd Out Pirus.

6. The Hoovers referred to themselves as "EBK" and "ABK." These acronyms stood for "Every Body Killers" and "Any Body Killers."

7. The Hoovers had a loose hierarchical structure in which members were not given specific ranks, but carried different amounts of power and influence based on age and gang activity. Older gang members who gained the highest influence and status were often referred to as Original Gangsters (OGs). Original Gangsters were often referred to as "shot callers," and had the authority to order younger members to commit violent acts. One level below the Original Gangster was the status of the Gangster. Below Gangsters were Tiny Gangsters. Baby Gangsters were the youngest Hoover members.

8. Members of the Hoovers used nicknames and monikers to demonstrate membership within the enterprise. Senior members, called "big homies," adopted younger members, called "little homies," to conduct business and violence on behalf of the gang. Senior members passed down versions of their moniker to junior members of the enterprise. Senior members often used the term "big" before their moniker. Less senior members often used the term "lil'" before their moniker. Less senior members often used the term "baby," "tiny" or "young" before their moniker.

9. To gain membership into the gang, the Hoovers used an initiation process known as "jumping in," in which Hoover members physically beat new recruits for 74 seconds or 107 seconds, depending on the Hoover set the new recruit was invited to join.

10. To maintain status and increase one's position in the gang, Hoovers were expected to carry out violence on behalf of the enterprise. Participation in violent criminal activity by a member or associate increased the respect accorded to that member or associate and resulted in that member or associate maintaining or increasing his status and position within the enterprise. Likewise, a member's or associate's refusal to carry out orders from higher-ranking members, or refusal to participate in criminal activity or acts of violence, decreased the respect accorded to that member or associate, and resulted in decreasing that member's or associate's status in the Hoover Criminal Gang and subjected the member or associate to acts or threatened acts of violence. Younger Hoovers were often provided firearms by more senior Hoovers to shoot gang rivals in order to gain clout, respect, and power within the gang and instill fear in rival gang members. Members of the Hoovers primarily engaged in violence to earn the respect of other Hoover members, as well as the respect of allies and rivals. The Hoovers were required to use violence to retaliate against any perceived slight and in response to any violence done to a member or ally.

11. As part of operations, the Hoovers held meetings in order to manage gang business. Members discussed rules, organizational strategies, recruitment, intelligence on enemy gangs, members in police custody, and seeking retribution against members previously kicked out of the enterprise or who "snitched" to law enforcement.

12. The Hoovers used a wide variety of symbols to identify gang membership and to distinguish themselves from others. For example, Hoover members wore or otherwise employed the color orange as their gang marker. Hoover members also commonly wore clothing of professional sports franchises who used orange as one of their team colors, such as the Houston Astros, San Francisco Giants, and Baltimore Orioles. The Houston Astros' "H" inside a star

logo was also a common emblem that Hoover members displayed on their clothing. Orange bandanas were also commonly worn by Hoover members to signify that they were Hoover members. Moreover, an assortment of tattoos was also used to identify Hoover members. These included an "H" with a star, the letters "SF," and numbers, to include "74" and "107," depicting different Hoover sets.

13. Hoovers also used a variety of words and numbers to identify themselves as Hoover members and associates. The most common of these included the numbers 74, 107, 1074, 716, and the words "Groove," "Verz," "Groovin," "Westside Hoover Gang," "Bay Bay'z," a reference to Hoover 74 members, and "Selos," which is Swahili for "seven" and is a reference to Hoover 107 members. Hoover members also used the term "HIP," or "Hoover in Peace," as a show of respect for a deceased member.

14. Similarly, certain written language, both in the form of codes and distinctive spelling, was also used to denote Hoover membership. Hoover members often replaced the letter "o" with an "x" as a show of disrespect to Rollin' 60's Crips, a rival street gang. For example, the word "Hoover" may be spelled as "Hxxver" or "HØØVER." Hoovers will also raise their middle finger towards rival gang signs, including the Woodlawn Park Bloods as a sign of disrespect.

15. Hoover members used their hands and fingers to form signs as a means of communication, commonly referred to as "throwing signs." Hoover members used these hand signs to identify themselves as gang members and to challenge rival gang members or law enforcement officers. One of the most commonly used Hoover hand signs involved a member using his/her fingers to form the letter "H," representing "Hoover." Displaying "H" is done by touching the thumb to the index and middle finger, while pointing those fingers toward the

**Indictment**                                                                                           **Page 5**

ground and closing the remaining digits. Another frequently used Hoover hand sign involved a member using both hands to form an "H." This was done by pointing both thumbs up and both pinkies down with the index fingers touching in the middle. Additionally, Hoover members would form a "7" by pointing the index finger down and extending the thumb. Hoover members also formed a "4" by tucking the thumb and extending all four fingers. Hoover members also used a hand sign that involved a member using his/her fingers to form the hand sign of a rival gang, then used his/her other hand to "flip off" the rival sign with his/her middle finger.

16.     The Hoovers and other gangs in the Portland, Oregon area were involved in a phenomenon called "Internet Gangbanging." Gang members, including Hoovers, in the Portland posted gang related photos and videos on social media to tout their own gang and to disparage rivals. The social media posts exacerbated tensions between the Hoovers and their rivals. Hoovers post on social media showing Hoover members wearing Hoover related clothes and making Hoover related gang signs in front of rival gangs' areas, monuments and park signs.

17.     At all times relevant to this Indictment, the Hoovers, including its leadership, membership, and associates, constituted an "enterprise" as defined in Title 18, United States Code, Sections 1961(4) and 1959(b)(2), that is, a group of individuals associated in fact, which engaged in, and the activities of which affected, interstate and foreign commerce. The Hoovers enterprise constituted an ongoing organization whose members and associates functioned as a continuing unit for a common purpose of achieving the objectives of the Hoover enterprise.

Purposes of the Enterprise

18.     The purposes of the Hoover enterprise including its members and associates, included, but were not limited to, the following:

  a. Enriching the members and associates of the enterprise through, among other things, acts involving murder, assault, robbery, sex trafficking, and the distribution of narcotics.

  b. Preserving and protecting the power, territory, and profits of the enterprise through the use of intimidation, violence, threats of violence, robbery, assaults, and murder.

  c. Preventing and retaliating against acts of violence perpetrated by rivals against the enterprise and its members.

  d. Keeping victims in fear of the enterprise and in fear of its members and associates through threats of violence and violence.

  e. Keeping the reputation for being the most violent and feared gang in Oregon.

  f. Promoting and enhancing the reputation and standing of the enterprise and its members.

## Manner and Means of the Enterprise

19. The manner and means by which the members and associates of the Hoover enterprise conducted and participated in the conduct of the affairs of the enterprise included, but were not limited to, the following:

  a. Members and associates of the enterprise and their associates have used, attempted to use, and conspired to use violence with firearms, which affected interstate commerce.

  b. Members and associates of the enterprise and their associates have committed acts of violence, including acts involving murder, assault, robbery, and sex trafficking (minors and through fraud, force and coercion).

**Indictment**                                               **Page 7**

      c.      Members and associates of the enterprise have promoted a climate of fear through violence and threats of violence.

      d.      Members and associates of the enterprise and their associates have used and threatened to use physical violence against various individuals.

      e.      Members and associates of the enterprise and their associates have trafficked in controlled substances, firearms and prostitution.

20.    At all times relevant to this Indictment, the Hoovers, the above-described enterprise, through its members and associates, engaged in racketeering activity, as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), that is:

    a. Multiple acts involving:

        (1)    murder, chargeable under O.R.S. §§ 163.095, 163.107, 163.115, 161.450, 161.405, and 161.155(2)(b); and

        (2)    robbery, chargeable under O.R.S. §§ 164.405, 164.415, 161.450, 161.405, and 161.155(2)(b);

    b. multiple acts indictable under:

        (1)    18 U.S.C. § 1591 (relating to peonage, slavery and trafficking in persons); and

        (2)    18 U.S.C. § 1951 (relating to interference with commerce, robbery, or extortion);

and

    c. multiple offenses involving trafficking in controlled substances in violation of:

        (3)    21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances); and

(4)   21 U.S.C. § 841 (Distribution and Possession with Intent to Distribute Controlled Substances).

## COUNT 1
**(Murder in Aid of Racketeering)**
**(18 U.S.C. § 1959(a)(1) and 18 U.S.C. § 2)**

The allegations contained in Paragraphs One through Twenty of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

On or about December 11, 2020, in the District of Oregon, for the purpose of maintaining and increasing position in the Hoovers, an enterprise engaged in racketeering activity, the defendants, **TAEZHON TYREIK KELLY, a/k/a "Young Tyckoon," a/k/a "Y.T.," ANTHONY DEVION BAGSBY, a/k/a "Astro," a/k/a "Thing 1," COCOA DALONTA TAPLIN, a/k/a "Menace," a/k/a "Thing 2," and DELANE WILLIAM ROY, a/k/a "Scrawny,"** and others known and unknown to the grand jury, while aiding and abetting each other, intentionally murdered D.M., in violation of O.R.S. §§ 161.155(2)(b) (aid and abet), and 163.115(1)(a) (murder).

In violation of 18 U.S.C. §§ 1959(a)(1) and 2.

## COUNT 2
**(Using and Carrying a Firearm During a Crime of Violence)**
**(18 U.S.C. § 924(c)(1)(A)(iii) and 18 U.S.C. § 2)**

On or about December 11, 2020, in the District of Oregon, the defendants, **TAEZHON TYREIK KELLY, a/k/a "Young Tyckoon," a/k/a "Y.T.," ANTHONY DEVION BAGSBY, a/k/a "Astro," a/k/a "Thing 1," COCOA DALONTA TAPLIN, a/k/a "Menace," a/k/a "Thing 2," and DELANE WILLIAM ROY, a/k/a "Scrawny,"** and others known and unknown to the grand jury, while aiding and abetting each other, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, namely, the

Violent Crime in Aid of Racketeering alleged in Count 1 of this Indictment, did knowingly use and carry a firearm, which was discharged.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 2.

## COUNT 3
### (Causing Death Through Use of a Firearm)
### (18 U.S.C. § 924(j) and 18 U.S.C. § 2)

On or about December 11, 2020, in the District of Oregon, the defendants, **TAEZHON TYREIK KELLY, a/k/a "Young Tyckoon," a/k/a "Y.T.," ANTHONY DEVION BAGSBY, a/k/a "Astro," a/k/a "Thing 1," COCOA DALONTA TAPLIN, a/k/a "Menace," a/k/a "Thing 2," and DELANE WILLIAM ROY, a/k/a "Scrawny,"** and others known and unknown to the Grand Jury, while aiding and abetting each other, in the course of a violation of 18 U.S.C. § 924(c), as alleged in Count 2 of this Indictment, did cause the death of D.M. through the use of a firearm, which killing is murder, as defined in 18 U.S.C. § 1111.

In violation of Title 18, United States Code, Sections 924(j) and 2.

### NOTICE OF SPECIAL FINDINGS
### (18 U.S.C. §§ 3591 and 3592)

1. The Grand Jury incorporates by reference and re-alleges the allegations contained in Counts 1 and 3 of this Indictment. As to Counts 1 and 3 of this Indictment, defendant **TAEZHON TYREIK KELLY, a/k/a "Young Tyckoon," a/k/a "Y.T.," ANTHONY DEVION BAGSBY, a/k/a "Astro," a/k/a "Thing 1," COCOA DALONTA TAPLIN, a/k/a "Menace," a/k/a "Thing 2," and DELANE WILLIAM ROY, a/k/a "Scrawny,"**:

   a. Were 18 years of age or older at the time of the offenses. [18 U.S.C. § 3591(a)].

   b. Intentionally killed the victim, D.M. [18 U.S.C. § 3591(a)(2)(A)].

  c. Intentionally inflicted serious bodily injury that resulted in the death of the victim, D.M. [18 U.S.C. § 3591(a)(2)(B)].

  d. Intentionally participated in an act, contemplating that the life of a person would be taken and intending that the lethal force would be used in connection with a person, other than one of the participants in the offense, and the victim, D.M., died as a direct result of the acts. [18 U.S.C. § 3591(a)(2)(C)].

  e. Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim, D.M., died as a direct result of the act. [18 U.S.C. § 3591(a)(2)(D)].

  f. Committed the offense after substantial planning and premeditation to cause the death of a person. [18 U.S.C. § 3592(c)(9)].

Dated: March 5, 2024        A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney

LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney

**Indictment**                                          **Page 11**